■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK HILL, Appellant. [769 NYS2d 424]—Appeal from a judgment of Erie County Court (DiTullio, J.), entered November 28, 2001, convicting defendant upon his plea of guilty of rape in the first degree and sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.